1

2

3                          UNITED STATES DISTRICT COURT

4                          NORTHERN DISTRICT OF CALIFORNIA

5

6    GRACIELA BELTRAN, individually and on      Case No.: C-12-01002-YGR
     behalf of himself and all others similarly
7    situated,                                   ORDER DENYING ADMINISTRATIVE MOTION
                                                 TO CONSIDER WHETHER CASES SHOULD BE
8            Plaintiffs,                          RELATED PURSUANT TO CIVIL L.R. 7-11
                                                 WITHOUT PREJUDICE
9
            vs.
10
11   CAPITAL RECORDS, LLC, et al.,

12           Defendants.

13

14

15          Plaintiff Martha Davis has filed an Administrative Motion to Consider Whether Cases Should

16   Be Related Pursuant to Civil L.R. 7-11 seeking to have *Davis v. EMI Group Limited*, Case No. 3:12-

17   cv-01602 related to the above-captioned action and reassigned to the undersigned.  (Dkt. No. 12.)

18   The Court **DENIES** the motion at this juncture without additional information and **WITHOUT**

19   **PREJUDICE** to any party resubmitting another motion to relate.  It is unclear to the Court, for example,

20   whether the plaintiffs and defendants entered into the same licensing agreement in both actions and,

21   based on the allegations describing the parties in the complaints, whether Defendant EMI Music, Inc.

22   is actually the same company.

23          **IT IS SO ORDERED.**

24
     Dated: April 18, 2012
25                                               _____
                                                 YVONNE GONZALEZ ROGERS
26                                               UNITED STATES DISTRICT COURT JUDGE

27

28