**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARTHA DAVIS, as assignee of "THE MOTELS," on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>EMI GROUP LIMITED; CAPITOL RECORDS, LLC; EMI MUSIC NORTH AMERICA, LLC; EMI RECORDED MUSIC; and EMI MARKETING,<br><br>Defendants. | CASE NO. CV 4:12-cv-01602-YGR<br><br>**ORDER GRANTING IN PART** STIPULATION TO: (A) STAY DEFENDANT'S MOTION TO DISMISS SECOND AMENDED COMPLAINT [DKT. NO. 30] PENDING RULING ON PLAINTIFF'S MOTION TO DISQUALIFY DEFENDANT'S COUNSEL [DKT. NO. 29], AND (B) RE-SET HEARING ON PLAINTIFF'S MOTION TO DISQUALIFY |

The parties have submitted their stipulation (Dkt. No. 32) concerning the pending motion to disqualify counsel and motion to dismiss. The Court **GRANTS** the stipulation **IN PART** as follows:

1. Briefing on Defendant's Motion to Dismiss is suspended and the hearing currently set for September 25, 2012, is **VACATED** pending the Court's consideration and ruling on Plaintiff's Motion to Disqualify.

2. Once the Court has ruled on Plaintiff's Motion to Disqualify, Defendant's counsel (whether that be its current counsel or new counsel retained due to the motion being granted) shall re-notice the hearing on Defendant's Motion to Dismiss following the normal timelines for notice, opposition and reply as set forth in Local Rules 7-2 and 7-3.

3. The hearing on Plaintiff's Motion to Disqualify is **VACATED** and **RESET** for October 9, 2012, at 2:00 p.m. However, the opposition and reply shall be filed consistent with the original deadlines and hearing date.

**IT IS SO ORDERED**.

**Date: September 4, 2012**

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**