# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTHA DAVIS, *et al.*,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>EMI GROUP LIMITED, *ET AL.*<br><br>　　　　　Defendants. | Case No.: 12-cv-1602 YGR<br><br>**ORDER VACATING AND CONTINUING CASE MANAGEMENT CONFERENCE** |

　　　The Case Management Conference currently set for January 7, 2013, is **VACATED** and **RESET** to February 11, 2013, at 2:00 p.m.

　　　**IT IS SO ORDERED.**

December 26, 2012

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　**YVONNE GONZALEZ ROGERS**
　　　　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT COURT JUDGE**