United States District Court
Northern District of California

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTHA DAVIS, *et al.*,<br><br>    Plaintiffs,<br><br>vs.<br><br>CAPITOL RECORDS, LLC, *ET AL.*<br><br>    Defendants. | Case No.: 12-cv-1602 YGR<br><br>**ORDER VACATING HEARING ON MOTION TO DISMISS** |

The court has reviewed the papers submitted by the parties in connection with the Motion of Defendant Capitol Records, LLC To Dismiss and has determined that the motion is appropriate for decision without oral argument, as permitted by Civil Local Rule 7-1(b) and Federal Rule of Civil Procedure 78. *See also Lake at Las Vegas Investors Group, Inc. v. Pacific Malibu Dev. Corp.*, 933 F.2d 724, 729 (9th Cir. 1991). Accordingly, the March 19, 2013 hearing is **VACATED**. The Court will issue a written decision on the papers.

**IT IS SO ORDERED.**

Dated: March 15, 2013

_____
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE