Peter I. Ostroff, SBN 45718
postroff@sidley.com
Rollin A. Ransom, SBN 196126
rransom@sidley.com
Sean A. Commons, SBN 217603
scommons@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, California  90013
Telephone:  (213) 896-6000
Facsimile:  (213) 896-6600

Attorneys for Defendant CAPITOL RECORDS, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MARTHA DAVIS, as an individual on behalf of herself and all others similarly situated,<br><br>               Plaintiff,<br><br>     vs.<br><br>CAPITOL RECORDS, LLC, et al.,<br><br>               Defendants. | Case No. 12-cv-1602-YGR<br>(Related to Case No. 12-cv-3059-YGR)<br><br>**ORDER ADMINISTRATIVELY CLOSING CASES PENDING CONSOLIDATION AND SETTLEMENT APPROVAL** |
| RALPH VIERRA TAVARES, et al.,<br><br>               Plaintiffs,<br><br>     vs.<br><br>CAPITOL RECORDS, LLC, et al.,<br><br>               Defendants. | Case No. 12-cv-3059-YGR<br>(Related to Case No. 12-cv-1602-YGR)<br><br>Assigned to:  Hon. Yvonne Gonzalez Rogers |

12-cv-1602-YGR/12-cv-3059-YGR

ORDER

Plaintiff Martha Davis ("Davis"), the plaintiff in the action styled as *Davis v. Capitol Records, LLC*, Case No. 12-cv-1602-YGR (the "*Davis* Action"), and plaintiffs Ralph Vierra Tavares, Arthur Tavares, Feliciano Vierra Tavares, Antone Lawrence Tavares, and Perry Lee Tavares, individually and jointly p/k/a "Tavares", the plaintiffs in the action styled as *Ralph Vierra Tavares, et al. v. Capitol Records, LLC*, Case No. 12-cv-3059-YGR (the "*Tavares* Action"), and Defendant Capitol Records LLC ("Defendant" or "Capitol"), the sole defendant in both the *Davis* Action and the *Tavares* Action (collectively, the "Related Actions"), submit the following Joint Supplemental Case Management Statement and proposed order to administratively close these actions pending final approval of a proposed class settlement.

As the parties previously advised this Court at a telephonic conference, the *Davis* Action and *Tavares* Action are the subject of a proposed class settlement pending before the Honorable Susan Illston in *Rick James et al. v. UMG Recordings, Inc.*, CV 11-01613 SI (MEJ) (the "*James* Action"). *See* Exhibit A (Stipulation of Settlement). In connection with and solely for purposes of effectuating that proposed class settlement, the parties have stipulated to the filing of a consolidated complaint that joins the *Davis* Action and *Tavares* Action with the *James* Action before Judge Illston. To conserve private and judicial resources, and in light of the pendency of the proposed class settlement, which Judge Illston preliminarily approved on April 28, 2015,[1] the parties stipulate and request that the *Davis* Action and *Tavares* Action be administratively closed, without prejudice, pending final approval of the proposed class settlement.

---

[1] Based on prior discussions with this Court, the parties advised Judge Illston that the Court supports efforts to resolve the *Davis* Action and *Tavares* Action through settlement. Judge Illston directed the parties to relay to this Court that, in the event this Court has an objection to the proposed resolution of the claims asserted in the *Davis* Action and *Tavares* Action through a consolidated complaint in the *James* Action, the parties shall confer with this Court as to an alternative method for resolving those actions. The parties respectfully submit that proceeding in a consolidated fashion in the *James* Action (the first filed of the three actions) advances the interests of all parties and avoids duplicative proceedings.

ORDER                                                                           1          12-cv-1602-YGR/12-cv-3059-YGR

1 | The parties will advise the Court regarding any ruling relating to final approval of the
2 | settlement. Assuming final approval is granted, the parties have stipulated that such approval shall
3 | function as dismissal of the *Davis* Action and the *Tavares* Action with prejudice.
4 | **IT IS SO STIPULATED**.

DATED: May 1, 2015            **SIDLEY AUSTIN LLP**

By: /s/ *Sean A. Commons*
Peter I. Ostroff (Bar No. 45718)
Rollin A. Ransom (Bar No. 196126)
Sean A. Commons (Bar No. 217603)
**SIDLEY AUSTIN LLP**
555 West Fifth Street, Suite 4000
Los Angeles, California  90013
Telephone: (213) 896-6000
Facsimile:  (213) 896-6600
postroff@sidley.com
rransom@sidley.com
scommons@sidley.com

*Attorneys for Defendant Capitol Records, LLC*

| | | |
|---|---|---|
| 1 | DATED: May 1, 2015 | **KIESEL LAW LLP** |

By:   /s/ *Jeffrey A. Koncius*

Paul R. Kiesel (Cal. Bar No. 119854)
Jeffrey A. Koncius (Cal. Bar No. 189803)
**KIESEL LAW LLP**
8648 Wilshire Boulevard
Beverly Hills, CA 90211-2910
Telephone: 310.854.4444
Facsimile: 310.854.0812
kiesel@kbla.com
koncius@kbla.com

Bruce L. Simon (Bar No. 96241)
Robert G. Retana (Bar No. 148677)
Aaron M. Sheanin (Bar No. 214472)
William J. Newsom (Bar No. 267643)
**PEARSON, SIMON &WARSHAW, LLP**
44 Montgomery Street, Suite 2450
San Francisco, CA  94104
Telephone: (415) 433-9000
Facsimile:  (415) 433-9008
bsimon@pswlaw.com
rretana@pswlaw.com
asheanin@pswlaw.com
wnewsom@pswlaw.com

Clifford H. Pearson (Bar No. 108523)
Daniel L. Warshaw (Bar No. 185365)
**PEARSON, SIMON & WARSHAW, LLP**
15165 Ventura Boulevard, Suite 400
Sherman Oaks, CA  91403
Telephone: (818) 788-8300
Facsimile:  (818) 788-8104
cpearson@pswlaw.com
dwarshaw@pswlaw.com

Neville L. Johnson (Bar No. 66329)
Douglas L. Johnson (Bar No. 209216)
James T. Ryan (Bar No. 210515)
**JOHNSON & JOHNSON LLP**
439 N. Canon Drive, Suite 200
Beverly Hills, CA  90210
Telephone: (310) 975-1080
Facsimile:  (310) 975-1095
njohnson@jjllplaw.com
djohnson@jjllplaw.com
jryan@jjllplaw.com

12-cv-1602-YGR/12-cv-3059-YGR

ORDER

|   |   |
|---|---|
| 1 | Michael D. Hausfeld (*pro hac vice* pending) |
|   | James J. Pizzirusso (*pro hac vice* pending) |
| 2 | **HAUSFELD LLP** |
|   | 1700 K Street, NW Suite 650 |
| 3 | Washington, D.C. 20006 |
|   | Telephone: (202) 540-7200 |
| 4 | Facsimile:  (202) 540-7201 |
|   | mhausfeld@hausfledllp.com |
| 5 | jpizzirusso@hausfeldllp.com |
| 6 | Michael P. Lehmann (Bar No. 77152) |
|   | Bruce J. Wecker (Bar No. 78530) |
| 7 | Arthur N. Bailey, Jr. (Bar No. 248460) |
|   | **HAUSFELD LLP** |
| 8 | 44 Montgomery Street, Suite 3400 |
|   | San Francisco, CA 94104 |
| 9 | Telephone: (415) 633-1908 |
|   | Facsimile:  (415) 358-4980 |
| 10 | mlehmann@hausfeldllp.com |
|   | bwecker@hausfeldllp.com |
| 11 | abailey@hausfeldllp.com |
| 12 | David M. Given (Cal. Bar No. 142375) |
| 13 | **PHILLIPS, ERLEWINE & GIVEN LLP** |
|   | 50 California Street, 35th Floor |
| 14 | San Francisco, CA 94111 |
|   | Telephone: (415) 398-0900 |
| 15 | Facsimile: (415) 398-0911 |
|   | dmg@phillaw.com |
| 16 |  |
|   | Michael W. Sobol (Cal. Bar No. 194857) |
| 17 | **LIEFF CABRASER HEIMANN &** |
| 18 | **BERNSTEIN, LLP** |
|   | 275 Battery Street, 29th Floor |
| 19 | San Francisco, California 94111 |
|   | Telephone:  (415) 956-1000 |
| 20 | Facsimile:  (415) 956-1008 |
|   | msobol@lchb.com |
| 21 |  |
| 22 | Leonard B. Simon (Cal Bar No. 58310) |
|   | **LAW OFFICES LEONARD B. SIMON P.C.** |
| 23 | 655 West Broadway, Suite 1900 |
|   | San Diego, California 92101 |
| 24 | Telephone:  (619) 338-4549 |
|   | Facsimile:  (619) 231-7423 |
| 25 | lens@rgrdlaw.com |
| 26 |  |
|   | *Attorneys for Martha Davis and the Class* |
| 27 |  |
| 28 |  |

12-cv-1602-YGR/12-cv-3059-YGR

ORDER

DATED: May 1, 2015      **INDIK & McNAMARA, P.C.**

By:    /s/ *Thomas S. McNamara*
Thomas S. McNamara (*Pro Hac Vice*)
**INDIK & McNAMARA, P.C.**
100 South Broad Street, Suite 2230
Philadelphia, Pennsylvania 19110
Telephone: (215) 567-7125
Facsimile: (215) 563-8330
mcnamara@snip.net

Michael F. Ram (Bar No. 104805)
**RAM, OLSON, CEREGHINO & KOPCZYNSKI LLP**
555 Montgomery Street, Suite 820
San Francisco, California 94111
Telephone: (415) 433-4949
Facsimile: (415) 433-7311
mram@rocklawcal.com

*Attorneys for Tavares and the Class*

# ORDER

Good cause appearing, including the joint stipulation of counsel for the parties, the *Davis* Action."34/EX/3824. and *Tavares* Action."34/EX/527; are hereby administratively closed without prejudice pending final approval of a pending proposed class action settlement in the *James* Action.

**IT IS SO ORDERED.**

Dated: __May 5_____, 2017

Hon. Yvonne Gonzalez Rogers
United States District Judge